**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Pamela Morris v. Chase Home Finance, LLC | Case Number:<br>**08 C 883** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Pamela Morris

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE VALDEZ**

| |
|---|
| NAME (Type or print)<br>Lloyd J. Brooks |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Lloyd Brooks |
| FIRM<br>The Brooks Law Firm |
| STREET ADDRESS<br>15008 Woodlawn Avenue |
| CITY/STATE/ZIP<br>Dolton, Illinois 60419 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6271994 | TELEPHONE NUMBER<br>(708) 841-8000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

**FILED**
**FEBRUARY 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT