# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number: 08 cv 00883

PAMELA MORRIS
   v.
CHASE HOME FINANCE LLC, a Delaware
limited liability company

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chase Home Finance LLC

| |
|---|
| NAME (Type or print) <br> Robert J. Emanuel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert J. Emanuel |
| FIRM <br> Burke, Warren, MacKay & Serritella, P.C. |
| STREET ADDRESS <br> 330 North Wabash Avenue, 22nd Floor |
| CITY/STATE/ZIP <br> Chicago, Illinois 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6229212 | TELEPHONE NUMBER <br> (312) 840-7000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] | NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 28th day of February, 2008, a true and correct copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to the following party via the Court's electronic filing system:

> Lloyd J. Brooks
> The Brooks Law Firm
> 15008 Woodlawn Avenue
> Dolton, Illinois 60419
> Telephone:    (708) 841-8000
> Facsimile:    (708) 841-8080
> Email: lloyd.brooks@thebrooksfirm.com

                                             /s/ Robert J. Emanuel

462344.1