IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAMELA MORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 883 |
| ) | |
| CHASE HOME FINANCE, LLC, a ) | Judge Wayne R. Andersen |
| Delaware limited liability company, ) | |
| ) | Magistrate Judge Valdez |
| Defendant. ) | |

CHASE HOME FINANCE LLC'S MOTION
FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Chase Home Finance LLC ("Chase") hereby moves for entry of an order granting it an additional twenty-one days, to and including March 25, 2008, to respond to Plaintiff's Complaint, and states as follows in support.

1. Plaintiff filed this action against Chase on February 11, 2008. Plaintiff's complaint purports to assert claims for breach of contract and violations of the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601 *et seq.* ("RESPA"). Chase was served with the complaint on February 12, 2008, and its response is presently due on March 4, 2008.

2. Chase requires additional time to prepare its response to Plaintiff's complaint and hereby requests a short extension of time to do so.

Wherefore, Chase Home Finance LLC respectfully requests that this Court grant the present motion and enter an order allowing it an extension of time, to and including March 25,

2008, to respond to Plaintiff's complaint in this matter, and for any other relief the Court deems proper under the circumstances.

Date:   February 29, 2008                         CHASE HOME FINANCE LLC

                                                              By:   /s/ Robert J. Emanuel
                                                                             One of its attorneys

Robert J. Emanuel
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:   (312) 840-7000
Facsimile:   (312) 840-7900

462328.1