IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAMELA MORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 883 |
| ) | |
| CHASE HOME FINANCE, LLC, a ) | Judge Wayne R. Andersen |
| Delaware limited liability company, ) | |
| ) | Magistrate Judge Valdez |
| Defendant. ) | |

NOTICE OF MOTION

To:   Lloyd J. Brooks
      The Brooks Law Firm
      15008 Woodlawn Avenue
      Dolton, Illinois 60419
      Telephone:   (708) 841-8000
      Facsimile:   (708) 841-8080

PLEASE TAKE NOTICE that at 9:00 a.m. on the 6th day of March, 2008, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Wayne R. Andersen in Room 1403, United States Courthouse, at 219 South Dearborn Street, Chicago, Illinois, or before any other judge that may be sitting in his place and stead, and then and there present Chase Home Finance LLC's Motion for Additional Time to Respond to Plaintiff's Complaint, a copy of which has been filed electronically and is herewith served upon you.

CHASE HOME FINANCE LLC

By:   /s/ Robert J. Emanuel
      One of its attorneys

Robert J. Emanuel
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:   (312) 840-7000
Facsimile:   (312) 840-7900

## CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 29th day of February, 2008, a true and correct copy of the foregoing Notice of Motion and Chase Home Finance LLC's Motion for Additional Time to Respond to Plaintiff's Complaint, referred to therein, was filed electronically. Notice of this filing will be sent to the following party via the Court's electronic filing system:

> Lloyd J. Brooks
> The Brooks Law Firm
> 15008 Woodlawn Avenue
> Dolton, Illinois 60419
> Telephone:   (708) 841-8000
> Facsimile:   (708) 841-8080
> Email: lloyd.brooks@thebrooksfirm.com

                                        /s/ Robert J. Emanuel

462351.1