IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAMELA MORRIS, ) | |
| ) | |
| Plaintiff, ) | 08 cv 883 |
| ) | |
| v. ) | |
| ) | |
| CHASE HOME FINANCE, LLC, a ) | Judge Wayne R. Anderson |
| Delaware limited liability company, ) | |
| ) | Magistrate Judge Valdez |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S**
**MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Now Comes Plaintiff, PAMELA MORRIS, by and through her attorney Lloyd Brooks to respond to defendant's motion for extension of time to file its answer to complaint as follows:

1. This action arises from the defendant's breach of an express agreement not to report certain erroneous information regarding Plaintiff to credit bureaus. The agreement was reached as a resolution to an earlier lawsuit wherein defendant made erroneous reports to the major credit bureaus regarding Plaintiff's loan payment history. In violation of that agreement defendant re-submitted the adverse information to at least one credit bureau, severely injuring Plaintiff by causing a loan that was set to close to be declined and several other creditors to revoke current credit agreements.

2. Plaintiff's counsel has been in discussions with defense counsel regarding this matter since at least September of 2007, trading several letters and other communications, wherein both parties have stated their position on both the facts and the law.

3. Additionally, defense counsel was provided with a courtesy copy of the present complaint on the day it was filed, February 11, 2008. Defendant was served on February 12, 2008 making its response due on March 4, 2008.

4. Plaintiff opposes defendant having additional time to respond to the complaint. Normally, Plaintiff's counsel is understanding of an attorney's request for an extension to

undertake investigation and so forth, however here defense counsel has known about Plaintiff's allegations of a breach of the agreement since September of 2007 and had a copy of the complaint since February 11, 2007.

     5.     No additional time is needed for Defendant to assert its position. Notably, Defendant's motion does not set forth a reason for its request of an additional 21 days. No extension of time should be given, without some basis for the request that accounts for the length of time that the Defendant and Defense Counsel have known of Plaintiff's allegations. Under the circumstances Plaintiff has no understanding of why Defendant needs additional time other than for delay. If the Court were to grant Defendant's request then Defendant would be allowed a total of 42 days to answer the complaint without showing a good faith basis for its purported need of additional time.

     WHEREFORE Plaintiff respectfully requests this Court deny Defendant's request for an extension of time.

Respectfully Submitted,

*/s/ Lloyd Brooks*

_____
Plaintiff's Attorney

ARDC No. 6271994
Lloyd J. Brooks
The Brooks Law Firm
15008 Woodlawn Avenue
Dolton, Illinois 60419
(708) 841-8000 Telephone
(708) 841-8080 Facsimile
E-mail: lloyd.brooks@thebrooksfirm.com
***Attorney for Pamela Morris***