IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAMELA MORRIS,                    ) | |
| ) | |
| Plaintiff,   ) | **08 cv 883** |
| ) | |
| v.                                ) | |
| ) | |
| CHASE HOME FINANCE, LLC, a       ) | **Judge Wayne R. Anderson** |
| Delaware limited liability company, ) | |
| ) | **Magistrate Judge Valdez** |
| Defendants.  ) | |

### NOTICE OF FILING

To:   Robert J. Emanuel
      Burke, Warren, MacKay & Serritella, P.C.
      330 N. Wabash Avenue, 22nd Floor
      Chicago, Illinois 60611-3607

   Please Take Notice that on February 29, 2008 I caused to be electronically filed with the Clerk of the Court the attached **Plaintiff's Response to Defendant's Motion for Extension of Time to File Answer**, a copy of which is hereby served upon you.

_____
Plaintiff's Attorney

ARDC No. 6271994
Lloyd J. Brooks
The Brooks Law Firm
15008 Woodlawn Avenue
Dolton, Illinois 60419
(708) 841-8000 Telephone
(708) 841-8080 Facsimile
E-mail: lloyd.brooks@thebrooksfirm.com
*Attorney for Pamela Morris*

### Proof of Service

   I, Lloyd Brooks, an attorney, certifies and deposes that I served the above Notice, together with copies of the above stated instrument, upon the above named parties via electronic mail on February 29, 2008.

_____
Lloyd Brooks