CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 3rd day of March, 2008, a true and correct copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to the following party via the Court's electronic filing system:

Lloyd J. Brooks
The Brooks Law Firm
15008 Woodlawn Avenue
Dolton, Illinois 60419


By:____/s/ Susan J. Miller____

09135\00200\462550.1