IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 883 |
| | ) | |
| CHASE HOME FINANCE, LLC, a | ) | |
| Delaware limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

CHASE HOME FINANCE LLC'S FIRST AMENDED
AFFIRMATIVE DEFENSES

Defendant Chase Home Finance LLC ("Chase") states as follows for its First Amended

Affirmative Defenses to Plaintiff's Complaint in this Matter:

1.     Plaintiff's complaint fails to state a claim under RESPA, 12 U.S.C. § 2601 *et seq.*

2.     Plaintiff's claims are barred by the doctrine of unclean hands.  Among other

things, the application for the loan at issue in this case contains misstatements regarding the

borrowers' employment histories.

3.     Plaintiff's claims are barred by her failure to join a necessary party pursuant to

Federal Rule 19(a).  Plaintiff's counsel, Lloyd Brooks, has an interest in the subject matter of this

litigation.  He is a co-borrower on the loan at issue in this case.  In addition, Mr. Brooks was a

party to the settlement agreement which Plaintiff claims was breached in this case.  Accordingly,

Mr. Brooks is a necessary party here.

4.     Plaintiff's claims are barred, in whole or in part, by her failure to perform her

obligations under the mortgage loan agreement, as well as her failure to mitigate her alleged

damages.  For example, although Plaintiff's mortgage loan agreement requires her to make

payments on the first day of each month, Plaintiff waited until the last day of the month to *send*

the payments at issue in this case to Chase.

5.       Plaintiff's claims are barred by 12 U.S.C. § 2605(f)(4).

6.       Chase reserves the right to supplement its affirmative defenses as discovery

progresses in this matter.

Date:   May 9, 2008                         CHASE HOME FINANCE LLC


                                            By:    /s/ Robert J. Emanuel
                                                    One of its attorneys

Robert J. Emanuel
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:    (312) 840-7000
Facsimile:    (312) 840-7900

CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 9th day of May, 2008, a true and correct copy of Chase Home Finance LLC's First Amended Affirmative Defenses to Plaintiff's Complaint was filed electronically.  Notice of this filing will be sent to the following party via the Court's electronic filing system:

> Lloyd J. Brooks
> The Brooks Law Firm
> 15008 Woodlawn Avenue
> Dolton, Illinois 60419
> Telephone:    (708) 841-8000
> Facsimile:    (708) 841-8080
> Email: lloyd.brooks@thebrooksfirm.com

/s/ Robert J. Emanuel

469337.1

3