UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Pamela Morris
          Plaintiff,

v.                                        Case No.: 1:08−cv−00883
                                           Honorable Wayne R. Andersen

Chase Home Finance, LLC
          Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Maria Valdez for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: May 19, 2008

                                                                     /s/ Wayne R. Andersen

                                                                   United States District Judge