IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAMELA MORRIS, ) | |
| ) | |
| Plaintiff, ) | **08 cv 883** |
| ) | |
| v. ) | |
| ) | |
| CHASE HOME FINANCE, LLC, a ) | **Judge Wayne R. Anderson** |
| Delaware limited liability company, ) | |
| ) | **Magistrate Judge Valdez** |
| Defendants. ) | |

## NOTICE OF MOTION

To:  Robert J. Emanuel
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607

Please Take Notice that on April 24, 2008 at 9:00 a.m. or as soon thereafter as I may be heard I will appear before Judge Wayne Anderson, or any judge sitting in his stead, in Courtroom 1403 of the Dirksen Federal Building located at 219 S. Dearborn, Chicago, Illinois and there and then present **Plaintiff's Motion to Strike Chase Home Finance, LLC's Affirmative Defenses**, you may appear and be heard if you wish.

_____
Plaintiff's Attorney

ARDC No. 6271994
Lloyd J. Brooks
The Brooks Law Firm
15008 Woodlawn Avenue
Dolton, Illinois 60419
(708) 841-8000 Telephone
(708) 841-8080 Facsimile
E-mail: lloyd.brooks@thebrooksfirm.com
***Attorney for Pamela Morris***

### Proof of Service

I, Lloyd Brooks, an attorney, certifies and deposes that I served the above Notice, together with copies of the above stated instrument, upon the above named parties via electronic mail on April 14, 2008.

_____
Lloyd Brooks