IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 08 cv 883 |
| | ) | |
| v. | ) | |
| | ) | |
| CHASE HOME FINANCE, LLC, a | ) | Judge Wayne R. Anderson |
| Delaware limited liability company, | ) | |
| | ) | Magistrate Judge Valdez |
| Defendants. | ) | |

## MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY

Now Comes PAMELA MORRIS, by and through her attorney, Lloyd Brooks, to move this Court for the entry of a judgment on the issue of liability against Chase Home Finance, LLC ("Chase") on Plaintiff's claims. In support of this motion Plaintiff states as follows:

1. Count I of this action arises from the defendant's breach of an express agreement not to report certain erroneous information regarding Plaintiff to credit bureaus. The agreement was reached as a resolution to an earlier lawsuit wherein defendant made erroneous reports to the major credit bureaus regarding Plaintiff's loan payment history. In violation of that agreement Chase re-submitted the adverse information to at least one credit bureau, severely injuring Plaintiff by causing a loan that was set to close to be declined and several other creditors to revoke current credit agreements.

2. Count II of this action arises from Chase's failure to cease reporting adverse information to credit reporting agencies regarding Ms. Morris' loan account during a 60-day window prohibited by RESPA due to a written inquiry made by Ms. Morris regarding her account.

3. After considering the pleadings, affidavits and documents in this case there is no material issue of fact as to Chase's liability allowing the parties to proceed to trial in this matter as to damages only.

4.	Plaintiff offers in support of this motion her Local Rule 56.1(a) statement of material facts and a memorandum, which are incorporated into this motion by reference.

5.	Plaintiff seeks to have this Court enter judgment against Chase Home Finance, LLC as to its liability for breach of contract and for a violation of RESPA's requirements for a loan servicer after receipt of written correspondence from a borrower.

6.	Plaintiff does not seek judgment as to the amount of damages and other remedies against Chase at this time, leaving those matters for investigation, discovery, and trial, if necessary.

WHEREFORE, Plaintiff respectfully requests that this Court enter summary judgment in her favor.

Respectfully Submitted,

Plaintiff

*Lloyd Brooks*

_____
Her Attorney

ARDC No. 6271994
Lloyd J. Brooks
The Brooks Law Firm
15008 Woodlawn Avenue
Dolton, Illinois 60419
(708) 841-8000 Telephone
(708) 841-8080 Facsimile
E-mail: lloyd.brooks@thebrooksfirm.com
**Attorney for Pamela Morris**