# Pamela Morris

15028 S. Woodlawn, Dolton, Ill, 60419
puffpuffgive@comcast.net
708/849-8660 home-708/849-8108 fax

Thursday, September 13, 2007

To: Chase Home Finance

Re: Inaccurate reporting on Pamela Morris and Lloyd Brooks
Loan Number 0018760330
SSN: xxx-xx-9812

*VIA USPS*

To Whom It May Concern:

The purpose of this letter is to request that you Chase Home Finance remove the thirty day late payment from my credit report immediately for August of 2007. I have never been thirty days late with my mortgage payment. I made my August 2007 mortgage payment complete with late fees on August 30, 2007 via the Chase website, however Chase did not process the payment until September 4, 2007. Despite speaking with Chase on two occasions one being September 10, 2007 the other being September 12, 2007 via telephone (in which case I spoke with Zoey in customer service and Dorian with the internet department regarding my August 2007 payment), the issue remains. When speaking with Zoey and Dorian today, I was told that although the transaction took place online onn August 30, 2007, Chase needs time (anywhere from 2-7 days) to process the payment and therefore didn't process the payment until after the Labor Day holiday. When submitting the online payment, nowhere during the process does it state that it may take 2-7 days for the payment to post to the account otherwise I would have called the payment in. Due to this, Chase reported my mortgage payment thirty days late to the credit bureaus, which has adversely affected my credit score (causing my credit score to drop over 100 points, from 740 to 658) and causing me to be denied a mortgage loan for the refinance of my primary residence by Bank of America. Please remove this inaccurate item from my credit report permanently by sending a retraction letter to the credit bureaus and forwarding the same to me. Your cooperation would be greatly appreciated.

Sincerely,

Pam Morris
p/m

CC: Attorney Lloyd Brooks

Enc: Letter to credit bureaus

*Pam Morris*