

P0DL1P00201981-I023827
PAMELA NATRICE MORRIS
15028 WOODLAWN AV 2
DOLTON, IL 60419

ldlldlldllllllllllllllllllllllllllllllllllllllllllllll

Our investigation of the dispute you submitted is now complete. The results are listed below and a new copy of your credit report is enclosed.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the name, address and telephone number of anyone we contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| SUBSCRIBER INQUIRY | SEARS/CBSD | DELETED |

Any corrections to your identification requested by you have been made, and are included in the following credit report.

PAMELA NATRICE MORRIS

## YOUR CREDIT SCORE

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br><br>Grade<br>-<br><br>Created on<br>10/10/2007 | **Unavailable**<br>(See Below)<br><br>A — 990<br>— 900<br>B<br>C — 800<br>— 700<br>D<br>— 600<br>F<br>— 501 | **Unavailable**<br>(See Below)<br><br>— 100%<br><br>— 50%<br><br>— 0% |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 990 to 501 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

### About your TransUnion Personal Credit Score

Your TransUnion Personal Credit Score is displayed below, and was calculated with the VantageScore credit scoring formula. Your credit score is a snapshot of the contents of your credit report at the time the score was calculated. Using objective, impartial formulas to translate the contents of your credit report into a 3-digit score enables lenders to evaluate your application for credit in a fast, fair and more objective manner. Remember, we constantly update the information contained in your credit report, so your TransUnion Personal Credit Score only represents the score a lender would receive if they requested it today.

### Summary

You did not order a TransUnion credit score. You can purchase your credit score for $7.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

### Answers About Credit Scores

**• How are credit scores used?**

A credit score is just one of several factors a company usually uses when deciding to extend credit, give insurance coverage or provide financial services to you. A variety of other factors will be considered, such as length of employment, income or previous experience with you. Depending on what you are applying for, different companies weigh each of these factors differently. By using a credit score, they can evaluate your application quickly, fairly and consistently.

**• How can I improve my credit score?**

A credit score is a snapshot of the contents of your credit report at the time it was calculated. Long-term, responsible credit behavior is the most effective way to improve future scores. Pay bills on time, lower balances and use credit wisely to improve your score over time. You should also review your credit report to ensure it is accurate.

**• How do inquiries affect my credit score?**

When your credit is checked by a business for the purpose of an application a 'hard inquiry' appears on your credit report. These inquiries can affect your credit score; and typically they have only a small impact. Delinquencies, balances owed, and the length of time you have used credit are all more important. Inquiries have a greater impact if you have a limited credit history.

### Additional Information

The TransUnion Personal Credit Score is provided to help you better understand how lenders view your credit report. It is not an endorsement or a determination of your qualification for a loan. The VantageScore credit scoring model was used for this Score Analysis and is not necessarily the same scoring model that may be used by a lender. The resulting credit score may not be identical in every respect to any consumer credit score produced by any other company. Any credit information that has not yet been reported to TransUnion will not be reflected in your consumer disclosure or score. Also, some items disputed directly with creditors are not incorporated in the assessment of your credit score.





## See your 3-in-1 Credit Report!

Plus, you can see all 3 of your credit scores side-by-side. Quick & secure. See the full story instantly!

**Get your score: www.truecredit.com/score**

## Protect yourself from ID theft

Last year, 9.9 million people became victims of identity theft. Protect yourself, it's easy. We'll email you when your credit changes!

**Sign up now: www.truecredit.com/protect**

| File Number: | 131805227 |
| Page: | 1 of 12 |
| Date Issued: | 10/10/2007 |



## Personal Information

**Name:** PAMELA NATRICE MORRIS

**SSN:** XXX-XX-9812
**Date of Birth:** 05/1976
**Telephone:** 849-8660
Your SSN is partially masked for your protection.

You have been on our files since 08/1994

### CURRENT ADDRESS

| Address: | 15028 WOODLAWN AV 2 |
| | DOLTON, IL 60419 |
| Date Reported: | 07/2007 |

### PREVIOUS ADDRESS

| Address: | 11030 S EBERHART AV |
| | CHICAGO, IL 60628 |
| Date Reported: | 03/2006 |
| Address: | 1698 PO BOX 1698, |
| | CALUMET CITY, IL 60409 |

### EMPLOYMENT DATA REPORTED

| Employer Name: | STATE OF ILLINOIS | Position: | |
| Date Verified: | 08/2007 | Hired: | |

| Employer Name: | ILLINOIS DEPARTMENT OF CORRECT | Position: | |
| Date Reported: | 12/2004 | Hired: | |

| Employer Name: | DEPT OF CORRECTIONS | Position: | |
| Date Reported: | 08/2001 | Hired: | |

| Employer Name: | IL DEPT OF CORRECTIONS | Position: | |
| Date Reported: | 12/2000 | Hired: | |

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|-----|-----|-----|-----|-----|-----|-----|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

Consumer Credit Report for PAMELA NATRICE MORRIS

| | |
|---|---|
| **File Number:** | 131805227 |
| **Page:** | 2 of 12 |
| **Date Issued:** | 10/10/2007 |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

### CHASE HOME FINANCE LLC #18760330

3415 VISION DR
COLUMBUS, OH 43219
(800) 848-9136

| | | | |
|---|---|---|---|
| **Balance:** | $191,698 | **Pay Status:** | PAID OR PAYING AS AGREED |
| **Date Verified:** | 09/2007 | **Account Type:** | MORTGAGE ACCOUNT |
| **High Balance:** | $198,000 | **Responsibility:** | JOINT ACCOUNT |
| **Terms:** | 30 MONTHLY $1802 | **Date Open:** | 06/2004 |

Loan Type: CONVENTIONAL REAL ESTATE MTG

| Late Payments (34 months) | 30 | 60 | 90+ | Last 34 months |
|---|---|---|---|---|
| | 6 | 0 | 0 | |

| | aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | OK | OK | OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov |
|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | 30 | 30 | 30 | 30 | 30 | OK | OK |

## Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection).

### ACCREDITED HOME LENDERS #409133829

16550 WEST BERNARDO DR
BLDG 1
SAN DIEGO, CA 92127
(877) 683-4466

| | | | |
|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | PAID OR PAYING AS AGREED |
| **Date Updated:** | 02/2005 | **Account Type:** | MORTGAGE ACCOUNT |
| **High Balance:** | $105,000 | **Responsibility:** | INDIVIDUAL ACCOUNT |
| **Terms:** | 360 MONTHLY $734 | **Date Opened:** | 10/2004 |
| | | **Date Closed:** | 02/2005 |

Loan Type: CONVENTIONAL REAL ESTATE MTG
Remarks: PURCHASED BY ANOTHER LENDER

| Late Payments (04 months) | 30 | 60 | 90+ | Last 4 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| | '05 | dec | nov | oct |
|---|---|---|---|---|
| | OK | OK | OK | OK |

### ACE INC-EDUCATION SERVIC #5620932666981200

P O BOX 7060
UTICA, NY 13504-7060
(800) 826-4470

| | | | |
|---|---|---|---|
| **Balance:** | $5,738 | **Pay Status:** | PAID OR PAYING AS AGREED |
| **Date Updated:** | 09/2007 | **Account Type:** | INSTALLMENT ACCOUNT |
| **High Balance:** | $5,738 | **Responsibility:** | INDIVIDUAL ACCOUNT |
| **Collateral:** | DEFERRED TO 12012007 | **Date Opened:** | 09/2004 |

Loan Type: STUDENT LOAN
Remarks: PAYMENT DEFERRED

| Late Payments (31 months) | 30 | 60 | 90+ | Last 31 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| | aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | aug | jul | jun | may | apr | mar | feb |
|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK |

### AES #9096079513PA00001

POB 2461
HARRISBURG, PA 17101
(800) 233-0557

| | | | |
|---|---|---|---|
| **Balance:** | $7,127 | **Pay Status:** | PAID OR PAYING AS AGREED |
| **Date Updated:** | 09/2007 | **Account Type:** | INSTALLMENT ACCOUNT |
| **High Balance:** | $7,217 | **Responsibility:** | INDIVIDUAL ACCOUNT |
| **Terms:** | 133 MONTHLY $90 | **Date Opened:** | 11/1998 |

Loan Type: STUDENT LOAN

| Late Payments (48 months) | 30 | 60 | 90+ | Last 48 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| | aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

Consumer Credit Report for **PAMELA NATRICE MORRIS**

File Number:     131805227
Page:            3 of 12
Date Issued:     10/10/2007


**TransUnion.**

---

### AMERICAN EXPRESS #480367257011376323

PO BOX 981537
EL PASO, TX 79998
(800) 874-2717

| | |
|---|---|
| Balance: | $22,084 |
| Date Updated: | 10/2007 |
| High Balance: | $25,423 |
| Credit Limit: | $33,300 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 06/2004 |

Loan Type: CREDIT CARD

| Late Payments (39 months) | 30 | 60 | 90+ | Last 39 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sep | aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sep | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul |

---

### BALLY TOTAL FITNESS #42923205001

12440 E IMPERIAL HWY
STE 300
NORWALK, CA 90650-3178
(866) 402-2559

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 10/2000 |
| High Balance: | $1,234 |
| Terms: | 36 MONTHLY |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 11/1997 |
| Date Closed: | 10/2000 |

Loan Type: INSTALLMENT SALES CONTRACT
Remarks: CLOSED

| Late Payments (06 months) | 30 | 60 | 90+ | Last 6 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| X | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|
| sep | aug | jul | jun | may | apr |

---

### BANK OF AMERICA #5329005068253717

4060 OGLETOWN STANTON RD
MAIL CODE DE5-019-03-07
NEWARK, DE 19713
(800) 421-2110

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 03/2007 |
| High Balance: | $4,828 |
| Credit Limit: | $4,000 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 04/1998 |
| Date Paid: | 10/2005 |

Loan Type: CREDIT CARD
Remarks: ACCOUNT CLOSED BY CONSUMER

| Late Payments (43 months) | 30 | 60 | 90+ | Last 43 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| X | OK | X | X | X | X | X | X | X | X | X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug |

---

### BANK OF AMERICA #74982430069153

4060 OGLETOWN STANTON RD
MAIL CODE DE5-019-03-07
NEWARK, DE 19713
(800) 421-2110

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 09/2005 |
| High Balance: | $2,061 |
| Credit Limit: | $1,000 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 11/1997 |
| Date Paid: | 06/2004 |

Loan Type: LINE OF CREDIT
Remarks: ACCOUNT CLOSED BY CONSUMER

| Late Payments (48 months) | 30 | 60 | 90+ | Last 48 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| X | X | X | X | X | X | X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct | sep |

Consumer Credit Report for **PAMELA NATRICE MORRIS**

File Number: 131805227
Page: 4 of 12
Date Issued: 10/10/2007

## CAPITAL ONE SERVICES #4862362433180299

POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070

**Loan Type:** CREDIT CARD
**Remarks:** ACCOUNT CLOSED BY CONSUMER

| Balance: | $0 |
| Date Updated: | 10/2006 |
| High Balance: | $590 |

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 05/2004
Date Closed: 09/2006
Date Paid: 07/2006

| Late Payments (29 months) | 30 | 60 | 90+ | Last 29 months | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct |

| OK | OK | OK | OK | OK |
|---|---|---|---|---|
| sep | aug | jul | jun | may |

## CAPITAL ONE SERVICES #4121741645609889

POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070

**Loan Type:** CREDIT CARD
**Remarks:** ACCOUNT CLOSED BY CONSUMER

| Balance: | $0 |
| Date Updated: | 01/2000 |
| High Balance: | $0 |

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 01/2000
Date Closed: 01/2000

## CHASE MANHATTAN MORTGAGE #1047001746

3415 VISION DR
COLUMBUS, OH 43219
(800) 848-9136

**Loan Type:** FHA REAL ESTATE MORTGAGE
**Remarks:** CLOSED

| Balance: | $0 |
| Date Updated: | 01/2002 |
| High Balance: | $70,050 |
| Terms: | 360 MONTHLY |

Pay Status: PAID OR PAYING AS AGREED
Account Type: MORTGAGE ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 05/1999
Date Closed: 01/2002

| Late Payments (21 months) | 30 | 60 | 90+ | Last 21 months | OK | OK | OK | X | OK | OK | OK | OK | OK | OK | OK | X | X | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '01 | dec | nov | oct | sep | aug | jul | jun | may | apr |

## CHASE/BANK ONE CARD SERV #4266514211885265

800 BROOKSEDGE BLV
WESTERVILLE, OH 43081
(800) 945-2006

**Loan Type:** CREDIT CARD

| Balance: | $31,813 |
| Date Updated: | 10/2007 |
| High Balance: | $32,096 |
| Credit Limit: | $35,000 |

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 07/2006

| Late Payments (14 months) | 30 | 60 | 90+ | Last 14 months | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | sep | aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug |

## COUNTRYWIDE HOME LOANS #121976338

450 AMERICAN ST SV416
SIMI VALLEY, CA 93065
(800) 669-5864

**Loan Type:** CONVENTIONAL REAL ESTATE MTG

| Balance: | $125,094 |
| Date Updated: | 08/2007 |
| High Balance: | $127,500 |
| Terms: | 360 MONTHLY $882 |

Pay Status: PAID OR PAYING AS AGREED
Account Type: MORTGAGE ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 11/2005

| Late Payments (17 months) | 30 | 60 | 90+ | Last 17 months | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar |

## COUNTRYWIDE HOME LOANS #1282543

450 AMERICAN ST SV416
SIMI VALLEY, CA 93065
(800) 669-5864

**Loan Type:** CONVENTIONAL REAL ESTATE MTG
**Remarks:** CLOSED

| Balance: | $0 |
| Date Updated: | 09/2001 |
| High Balance: | $51,500 |
| Terms: | 360 MONTHLY $518 |

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 09/1999
Date Closed: 09/2001

| Late Payments (15 months) | 30 | 60 | 90+ | Last 15 months | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | aug | jul | jun | may | apr | mar | feb | '01 | dec | nov | oct | sep | aug | jul | jun |



**Consumer Credit Report for PAMELA NATRICE MORRIS**

| | |
|---|---|
| File Number: | 131805227 |
| Page: | 5 of 12 |
| Date Issued: | 10/10/2007 |

---

### CREDIT UNION 1 #1040476001

COLLECTIONS
200 E CHAMPAIGN AVE
RANTOUL, IL 61866
(800) 252-6950

| | | | |
|---|---|---|---|
| Balance: | $19,738 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 10/2007 | Account Type: | INSTALLMENT ACCOUNT |
| High Balance: | $34,022 | Responsibility: | INDIVIDUAL ACCOUNT |
| Terms: | 66 MONTHLY $608 | Date Opened: | 04/2005 |

Loan Type: AUTOMOBILE



Late Payments (30 months): 30 = 0, 60 = 0, 90+ = 0

Last 30 months:

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sep | aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct |

| OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|
| sep | aug | jul | jun | may | apr |

---

### CREDIT UNION 1 #61800104047600001

COLLECTIONS
200 E CHAMPAIGN AVE
RANTOUL, IL 61866
(800) 252-6950

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 06/2005 | Account Type: | INSTALLMENT ACCOUNT |
| High Balance: | $10,000 | Responsibility: | INDIVIDUAL ACCOUNT |
| Terms: | 48 MONTHLY $300 | Date Opened: | 05/2002 |
| | | Date Closed: | 06/2005 |

Loan Type: AUTOMOBILE
Remarks: CLOSED



Late Payments (37 months): 30 = 0, 60 = 0, 90+ = 0

Last 37 months:

| OK | OK | OK | OK | OK | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun |

| X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | may |

---

### DIRECT LOAN SVC SYSTEM #3266698121

PO BOX 5609
GREENVILLE, TX 75403-5609
(800) 848-0979

| | | | |
|---|---|---|---|
| Balance: | $46,491 | Pay Status: | UNRATED |
| Date Updated: | 07/2007 | Account Type: | INSTALLMENT ACCOUNT |
| High Balance: | $50,160 | Responsibility: | INDIVIDUAL ACCOUNT |
| Terms: | 300 MONTHLY $360 | Date Opened: | 01/1997 |

Loan Type: STUDENT LOAN
Remarks: STUDENT LOAN NOT IN REPAYMENT

Late Payments (44 months): 30 = 0, 60 = 0, 90+ = 0

Last 44 months:

| X | X | X | X | X | X | X | X | X | X | OK | OK | OK | OK | OK | OK | X | X | X | X | X | X | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul |

| X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov |

---

### DIRECT LOAN SVC SYSTEM #3266698122

PO BOX 5609
GREENVILLE, TX 75403-5609
(800) 848-0979

| | | | |
|---|---|---|---|
| Balance: | $9,827 | Pay Status: | UNRATED |
| Date Updated: | 07/2007 | Account Type: | INSTALLMENT ACCOUNT |
| High Balance: | $10,271 | Responsibility: | INDIVIDUAL ACCOUNT |
| Terms: | 145 MONTHLY $101 | Date Opened: | 02/2002 |

Loan Type: STUDENT LOAN
Remarks: STUDENT LOAN NOT IN REPAYMENT

Late Payments (48 months): 30 = 0, 60 = 0, 90+ = 0

Last 48 months:

| X | X | X | X | X | X | X | X | X | X | OK | OK | OK | OK | OK | OK | X | X | X | X | X | X | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul |

| X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | OK | OK | OK | X | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul |

**Consumer Credit Report for PAMELA NATRICE MORRIS**

| File Number: | 131805227 |
|---|---|
| Page: | 6 of 12 |
| Date Issued: | 10/10/2007 |

## DSNB/MACYS #4373048348220

9111 DUKE BLVD
MASON, OH 45040-8999
(800) 659-6229

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 10/2007 |
| High Balance: | $1,738 |
| Credit Limit: | $400 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 12/1995 |
| Date Paid: | 12/2005 |

Loan Type: CHARGE ACCOUNT
Remarks: ACCOUNT CLOSED BY CONSUMER

| Late Payments (13 months) | 30 | 60 | 90+ | Last 13 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| sep | aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## FACS GROUP #324493397710

9111 DUKE BLVD
MASON, OH 45040
(612) 375-2200

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 07/2004 |
| High Balance: | $1,738 |
| Credit Limit: | $1,700 |

| | |
|---|---|
| Pay Status: | UNRATED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 12/1995 |
| Date Closed: | 07/2004 |
| Date Paid: | 07/2004 |

Loan Type: CHARGE ACCOUNT
Remarks: PURCHASED BY ANOTHER LENDER

## GEMB/JCP #1156829754

PO BOX 981402
EL PASO, TX 79998
(800) 542-0800

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 09/2007 |
| High Balance: | $492 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 03/1996 |
| Date Closed: | 01/2000 |

Loan Type: CHARGE ACCOUNT
Remarks: ACCOUNT CLOSED BY CONSUMER

| Late Payments (48 months) | 30 | 60 | 90+ | Last 48 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep |

## GMAC #154016071987

POB 2150
GREELEY, CO 80632
(800) 200-4622

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 01/2002 |
| High Balance: | $11,929 |
| Terms: | 41 MONTHLY $290 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 04/1996 |
| Date Closed: | 01/2002 |

Loan Type: AUTOMOBILE
Remarks: CLOSED

| Late Payments (21 months) | 30 | 60 | 90+ | Last 21 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '01 | dec | nov | oct | sep | aug | jul | jun | may | apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## HARRIS T & S #6100142962

PO BOX 755
CHICAGO, IL 60690-0755
(888) 340-2265

| | |
|---|---|
| Balance: | $26,252 |
| Date Updated: | 08/2007 |
| High Balance: | $33,844 |
| Credit Limit: | $33,900 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | LINE OF CREDIT ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Opened: | 10/2002 |

Loan Type: CREDIT LINE SECURED

| Late Payments (48 months) | 30 | 60 | 90+ | Last 48 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug |

Consumer Credit Report for **PAMELA NATRICE MORRIS**

File Number: 131805227
Page: 7 of 12
Date Issued: 10/10/2007



TransUnion.

## HSBC MORTGAGE SERVICES #9643149

636 GRAND REGENCY BLVD
BRANDON, FL 33510-3942
(800) 333-7023

**Loan Type:** CONVENTIONAL REAL ESTATE MTG
**Remarks:** CLOSED

| | | Balance: | $0 | | Pay Status: | PAID OR PAYING AS AGREED |
|---|---|---|---|---|---|---|
| | | Date Updated: | 11/2005 | | Account Type: | MORTGAGE ACCOUNT |
| | | High Balance: | $105,000 | | Responsibility: | INDIVIDUAL ACCOUNT |
| | | Terms: | 360 MONTHLY $734 | | Date Opened: | 10/2004 |
| | | | | | Date Closed: | 11/2005 |

| Late Payments (07 months) | 30 | 60 | 90+ | Last 7 months | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | oct | sep | aug | jul | jun | may | apr |

## HSBC MORTGAGE SERVICES #6658223

636 GRAND REGENCY BLVD
BRANDON, FL 33510-3942
(800) 333-7023

**Loan Type:** CONVENTIONAL REAL ESTATE MTG
**Remarks:** CLOSED

| | | Balance: | $0 | | Pay Status: | PAID OR PAYING AS AGREED |
|---|---|---|---|---|---|---|
| | | Date Updated: | 06/2004 | | Account Type: | MORTGAGE ACCOUNT |
| | | High Balance: | $186,105 | | Responsibility: | JOINT ACCOUNT |
| | | Terms: | 360 MONTHLY $2328 | | Date Opened: | 09/2002 |
| | | | | | Date Closed: | 06/2004 |

| Late Payments (17 months) | 30 | 60 | 90+ | Last 17 months | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '03 |

## HSBC NV #5480420006723066

PO BOX 19360
PORTLAND, OR 97280-8706
(800) 477-6000

**Loan Type:** CREDIT CARD
**Remarks:** ACCOUNT CLOSED BY CONSUMER

| | | Balance: | $0 | | Pay Status: | PAID OR PAYING AS AGREED |
|---|---|---|---|---|---|---|
| | | Date Updated: | 08/2002 | | Account Type: | REVOLVING ACCOUNT |
| | | High Balance: | $3,115 | | Responsibility: | INDIVIDUAL ACCOUNT |
| | | Credit Limit: | $2,600 | | Date Opened: | 07/2000 |
| | | | | | Date Closed: | 04/2002 |

| Late Payments (21 months) | 30 | 60 | 90+ | Last 21 months | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '01 | dec | nov |

## LANE BRYANT #71394175

PO BOX 182121
COLUMBUS, OH 43218-2121
(800) 888-9265

**Loan Type:** CHARGE ACCOUNT
**Remarks:** ACCOUNT CLOSED BY CONSUMER

| | | Balance: | $0 | | Pay Status: | PAID OR PAYING AS AGREED |
|---|---|---|---|---|---|---|
| | | Date Updated: | 02/2000 | | Account Type: | REVOLVING ACCOUNT |
| | | High Balance: | $0 | | Responsibility: | INDIVIDUAL ACCOUNT |
| | | Credit Limit: | $600 | | Date Opened: | 06/1999 |
| | | | | | Date Paid: | 02/2000 |

## NEW CENTURY MORTGAGE #1611536

210 COMMERCE
IRVINE, CA 92602-1318
(800) 561-4567

**Loan Type:** CONVENTIONAL REAL ESTATE MTG

| | | Balance: | $192,082 | | Pay Status: | PAID OR PAYING AS AGREED |
|---|---|---|---|---|---|---|
| | | Date Updated: | 06/2007 | | Account Type: | MORTGAGE ACCOUNT |
| | | High Balance: | $198,000 | | Responsibility: | PARTICIPANT ON ACCOUNT |
| | | Terms: | 360 MONTHLY $1682 | | Date Opened: | 06/2004 |

| Late Payments (33 months) | 30 | 60 | 90+ | Last 33 months | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X | X | X | X | X | X | X | X | X | X | X | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun |

| | X | X | X | X | X | X | X | X | OK |
|---|---|---|---|---|---|---|---|---|---|
| | may | apr | mar | feb | '05 | dec | nov | oct | sep |

## NICOR GAS #404640976990517

POB 8350
AURORA, IL 60507-8350
(888) 642-6748

**Loan Type:** UTILITY COMPANY
**Remarks:** CLOSED

| | | Balance: | $0 | | Pay Status: | PAID OR PAYING AS AGREED |
|---|---|---|---|---|---|---|
| | | Date Updated: | 03/2002 | | Account Type: | OPEN ACCOUNT |
| | | High Balance: | $0 | | Responsibility: | INDIVIDUAL ACCOUNT |
| | | | | | Date Opened: | 05/1999 |
| | | | | | Date Closed: | 01/2002 |

| Late Payments (23 months) | 30 | 60 | 90+ | Last 23 months | OK | X | X | OK | X | OK | OK | OK | X | OK | OK | OK | OK | OK | OK | X | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | feb | '02 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '01 | dec | nov | oct | sep | aug | jul | jun | may | apr |

Consumer Credit Report for PAMELA NATRICE MORRIS

| | |
|---|---|
| File Number: | 131805227 |
| Page: | 8 of 12 |
| Date Issued: | 10/10/2007 |

## PEOPLES ENERGY #9500038851329

130 E RANDOLPH DR 17TH FL
CHICAGO, IL 60601
(866) 556-6001

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 09/2007 | Account Type: | OPEN ACCOUNT |
| High Balance: | $277 | Responsibility: | INDIVIDUAL ACCOUNT |
| | | Date Opened: | 12/2004 |
| | | Date Closed: | 02/2005 |
| | | Date Paid: | 04/2005 |

Loan Type: UTILITY COMPANY
Remarks: ACCOUNT CLOSED BY CONSUMER

Late Payments (33 months): 30 = 0, 60 = 0, 90+ = 0

Last 33 months:

| aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| aug | jul | jun | may | apr | mar | feb | '05 | dec |
|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK |

## SALLIE MAE #326669812101F

PO BOX 9500
WILKES BARRE, PA 18773-9500
(888) 272-5543

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | UNRATED |
| Date Updated: | 02/2002 | Account Type: | INSTALLMENT ACCOUNT |
| High Balance: | $2,625 | Responsibility: | INDIVIDUAL ACCOUNT |
| Terms: | MONTHLY $32 | Date Opened: | 03/1996 |
| | | Date Closed: | 02/2002 |

Loan Type: STUDENT LOAN
Remarks: TRANSFERRED TO ANOTHER LENDER

## SEARS/CBSD #5049948038550507

8725 W SAHARA AVE
MC02-02-03
THE LAKES, NV 89163-7802
(800) 877-8691

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 10/2007 | Account Type: | REVOLVING ACCOUNT |
| High Balance: | $777 | Responsibility: | INDIVIDUAL ACCOUNT |
| Credit Limit: | $720 | Date Opened: | 04/1996 |
| | | Date Closed: | 01/2005 |
| | | Date Paid: | 01/2000 |

Loan Type: CHARGE ACCOUNT
Remarks: ACCOUNT CLOSED BY CONSUMER

Late Payments (48 months): 30 = 0, 60 = 0, 90+ = 0

Last 48 months:

| sep | aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| sep | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## WELLS FARGO EDUCATIONAL #3193638

PO BOX 5156
SIOUX FALLS, SD 57104
(800) 788-8790

| | | | |
|---|---|---|---|
| Balance: | $12,915 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 08/2007 | Account Type: | INSTALLMENT ACCOUNT |
| High Balance: | $14,849 | Responsibility: | INDIVIDUAL ACCOUNT |
| Terms: | 181 MONTHLY $201 | Date Opened: | 10/2002 |

Loan Type: UNSECURED

Late Payments (48 months): 30 = 0, 60 = 0, 90+ = 0



Last 48 months:

| jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

**BANK OF AMERICA**
801 N. 11TH STREET
MO1-801-03-02
ST LOUIS, MO 63101
Phone number not available
Requested On: 08/14/2007    Inquiry Type: INDIVIDUAL

**BANK OF AMERICA N A VIA CREDIT DATA/FREDDY MAC**
PO BOX 4410
FREDDY MAC
KINGSTON, NY 12401
(914) 339-4053
Requested On: 07/24/2007    Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

Consumer Credit Report for **PAMELA NATRICE MORRIS**

File Number: 131805227
Page: 9 of 12
Date Issued: 10/10/2007


Trans**Union.**

**BANK OF AMERICA VIA BANK OF AMERICA**
200 S. COLLEGE ST
CHARLOTTE, NC 28255
Phone number not available
**Requested On:** 06/20/2007  **Inquiry Type:** INDIVIDUAL
**Permissible Purpose:** CREDIT TRANSACTION

**FIRST USA NA**
800 BROOKSEDGE BLV
WESTERVILLE, OH 43081
(800) 955-9900
**Requested On:** 06/26/2006  **Inquiry Type:** INDIVIDUAL

**FIRST NATIONAL MORTG VIA CREDIT PLUS**
530 RIVERSIDE DR
SALISBURY, MD 21801
(410) 742-9551
**Requested On:** 09/06/2006  **Inquiry Type:** INDIVIDUAL
**Permissible Purpose:** CREDIT TRANSACTION

**WLD0790 VIA LANDSAFE/COUNTRYWIDE WLD**
155 N LAKE AVE
MS 3-162
PASADENA, CA 91101
Phone number not available
**Requested On:** 10/31/2005  **Inquiry Type:** INDIVIDUAL
**Permissible Purpose:** CREDIT TRANSACTION

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**DISCOVER FINCL SVC LLC**  **Requested On:** 08/2007
PO BOX 15316
WILMINGTON, DE 19850-5316
Phone number not available

**POST COLLEGIATE FINANCIA**  **Requested On:** 08/2007
2739 US HWY 19
SUITE 412
HOLIDAY, FL 34691
(866) 942-9199

**DISCOVER FINCL SVC LLC**  **Requested On:** 07/2007
PO BOX 15316
WILMINGTON, DE 19850-5316
Phone number not available

**WASHMTL/PROV**  **Requested On:** 07/2007
P O BOX 9007
PLEASANTON, CA 94566
Phone number not available

**WASHMTL/PROV**  **Requested On:** 06/2007
P O BOX 9007
PLEASANTON, CA 94566
Phone number not available

**MOHELA**  **Requested On:** 05/2007
14528 SOUTH OUTER
SUITE 300
CHESTERFIELD, MO 63017
Phone number not available

**CAPITAL ONE SERVICES**  **Requested On:** 04/2007
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070

**CITI CARDS CBSD**  **Requested On:** 04/2007
POB 6241
SIOUX FALLS, SD 57117
(800) 950-5118

**FEDERAL FAMILY EDUCATION**  **Requested On:** 08/2007
40347 US HIGHWAY 1
#233
TARPON SPRINGS, FL 34689
(727) 945-0434

**CITI FLEX LINE OF CREDIT**  **Requested On:** 07/2007
PO BOX 6142
SIOUX FALLS, SD 57117
(800) 950-5114

**STUDENT LOAN PROCESSORS**  **Requested On:** 07/2007
910 EAST MAIN STRE
MESA, AZ 85203
Phone number not available

**CITIFINANCIAL**  **Requested On:** 06/2007
POB 499
HANOVER, MD 21076
(800) 352-6070

**DIRECT LENDING SOURCE**  **Requested On:** 05/2007
2555 NASSAU LN
FT LAUDERDALE, FL 33312-4617
Phone number not available

**CAPITAL ONE SERVICES**  **Requested On:** 04/2007
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070

**CINGULAR WIRELESS**  **Requested On:** 04/2007
PO BOX 192830
SAN JUAN, PR 00919-2830
(787) 397-5000

**CAPITAL ONE SERVICES**  **Requested On:** 03/2007
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070

**MOHELA** Requested On: 03/2007
14528 SOUTH OUTER
SUITE 300
CHESTERFIELD, MO 63017
Phone number not available

**T-MOBILE** Requested On: 03/2007
12920 SE 38TH ST
BELLEVIEW, WA 98006
(800) 937-8997

**CAPITAL ONE NATL ASSOC** Requested On: 02/2007
1957 WESTMORELAND ST
RICHMOND, VA 12030-0163
Phone number not available

**MSA SOLUTIONS HIGHER EDU** Requested On: 02/2007
1401 SOUTH 52ND ST
TEMPE, AZ 85281
(480) 968-2900

**BARCLAYS BANK DELAWARE** Requested On: 01/2007
125 SOUTH WEST STREET
WILMINGTON, DE 19801
(888) 232-0780

**FEDERAL FAMILY EDUCATION** Requested On: 01/2007
40347 US HIGHWAY 1
#233
TARPON SPRINGS, FL 34689
(727) 945-0434

**AMERICAN EXPRESS PROPERT** Requested On: 12/2006
1400 LOMBARDI AVE
GREEN BAY, WI 54304-3922
Phone number not available

**CAPITAL ONE SERVICES** Requested On: 12/2006
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070

**CITIFINANCIAL** Requested On: 12/2006
POB 499
HANOVER, MD 21076
(800) 352-6070

**CAPITAL ONE SERVICES** Requested On: 11/2006
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070

**DIRECT LENDING SOURCE** Requested On: 11/2006
2555 NASSAU LN
FT LAUDERDALE, FL 33312-4617
Phone number not available

**WASHMTL/PROV** Requested On: 11/2006
P O BOX 9007
PLEASANTON, CA 94566
Phone number not available

**NATIONAL DEALER WARRANTI** Requested On: 03/2007
3342 MID RIVERS MA
SAINT PETERS, MO 63376
(800) 436-3185

**ACADEMIC FINANCIAL SERVI** Requested On: 02/2007
5463 W WATERS AVE
#850
TAMPA, FL 33634
(813) 889-7555

**CITI CARDS CBSD** Requested On: 02/2007
POB 6241
SIOUX FALLS, SD 57117
(800) 950-5118

**BANK OF AMERICA** Requested On: 01/2007
4060 OGLETOWN STANTON RD
DE5-019-03-07
NEWARK, DE 19713
(800) 362-6299

**CITI CARDS CBSD** Requested On: 01/2007
POB 6241
SIOUX FALLS, SD 57117
(800) 950-5118

**WASHMTL/PROV** Requested On: 01/2007
P O BOX 9007
PLEASANTON, CA 94566
Phone number not available

**AUTOMATIVE PRODUCT CONSU** Requested On: 12/2006
12825FLUSHING MEAD
MARYLAND HEIG, MO 63043
Phone number not available

**CITI CARDS CBSD** Requested On: 12/2006
POB 6241
SIOUX FALLS, SD 57117
(800) 950-5118

**STATE FARM BANK** Requested On: 12/2006
1 STATE FARM PLAZA
BLOOMINGTON, IL 61710-0001
(309) 735-8187

**CHASE MANHATTAN MORTGAGE** Requested On: 11/2006
3415 VISION DR
COLUMBUS, OH 43219
(800) 848-9136

**GOAL FINANCIAL** Requested On: 11/2006
9477 WAPLES STE 100
SAN DIEGO, CA 92121
(858) 558-5149

**WASHMTL/PROV** Requested On: 11/2006
P O BOX 9007
PLEASANTON, CA 94566
Phone number not available



Case 1:08-cv-00883    Document 24-6    Filed 05/19/2008    Page 13 of 22

Consumer Credit Report for PAMELA NATRICE MORRIS

File Number: 131805227
Page: 11 of 12
Date Issued: 10/10/2007

TransUnion.

**BARCLAYS BANK DELAWARE**  Requested On: 10/2006
125 SOUTH WEST STREET
WILMINGTON, DE 19801
(888) 232-0780

**CITIFINANCIAL**  Requested On: 10/2006
POB 499
HANOVER, MD 21076
(800) 352-6070

**PHEAA/AES**  Requested On: 10/2006
PO BOX 2461
HARRISBURG, PA 17105-2461
(800) 233-0557

**AMERICAN EXPRESS PROPERT**  Requested On: 05/2006
1400 LOMBARDI AVE
GREEN BAY, WI 54304-3922
Phone number not available

**AMERICAN EXPRESS PROPERT**  Requested On: 12/2005
1400 LOMBARDI AVE
GREEN BAY, WI 54304-3922
Phone number not available

**CITI CARDS CBSD**  Requested On: 10/2006
POB 6241
SIOUX FALLS, SD 57117
(800) 950-5118

**DMCCB**  Requested On: 10/2006
17600 N PERIMETER DR
SUITE 100
SCOTTSDALE, AZ 85255
(800) 843-4885

**WASHMTL/PROV**  Requested On: 10/2006
P O BOX 9007
PLEASANTON, CA 94566
Phone number not available

**AMERICAN EXPRESS PROPERT**  Requested On: 03/2006
1400 LOMBARDI AVE
GREEN BAY, WI 54304-3922
Phone number not available

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any score (except insurance companies may have access to other insurance company inquiries, where permitted by law).

**RJM AQUISITIONS**
575 UNDERHILL BLVD
SYOSSET, NY 11791
(516) 714-1300
Requested On: 09/2007

**RJM AQUISITIONS**
575 UNDERHILL BLVD
SYOSSET, NY 11791
(516) 714-1300
Requested On: 07/2007

**WELLS FARGO**
P.O. BOX 5002
SIOUX FALLS, SD 57117
Phone number not available
Requested On: 04/2007

**RJM AQUISITIONS**
575 UNDERHILL BLVD
SYOSSET, NY 11791
(516) 714-1300
Requested On: 09/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 07/2006

**RJM AQUISITIONS**
575 UNDERHILL BLVD
SYOSSET, NY 11791
(516) 714-1300
Requested On: 08/2007

**RJM AQUISITIONS**
575 UNDERHILL BLVD
SYOSSET, NY 11791
(516) 714-1300
Requested On: 06/2007

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 09/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 08/2006

**WELLS FARGO**
P.O. BOX 5002
SIOUX FALLS, SD 57117
Phone number not available
Requested On: 07/2006

Consumer Credit Report for PAMELA NATRICE MORRIS

| | |
|---|---|
| File Number: | 131805227 |
| Page: | 12 of 12 |
| Date Issued: | 10/10/2007 |

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 06/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 05/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 04/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 03/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 01/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 11/2005

**RJM AQUISITIONS**
575 UNDERHILL BLVD
SYOSSET, NY 11791
(516) 714-1300
Requested On: 06/2006

**RJM AQUISITIONS**
575 UNDERHILL BLVD
SYOSSET, NY 11791
(516) 714-1300
Requested On: 05/2006

**WELLS FARGO**
P.O. BOX 5002
SIOUX FALLS, SD 57117
Phone number not available
Requested On: 04/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 02/2006

**WELLS FARGO BK**
PO BOX 4051
CONCORD, CA 94524-4051
(800) 642-4720
Requested On: 01/2006

**PAMELA NATRICE MORRI VIA TRUE LINK, INC.**
100 CROSS ST
SAN LUIS OBISP, CA 93401
Phone number not available
Requested On: 11/2005
Permissible Purpose: CONSUMER REQUEST

## Special Messages

**SECURITY ALERT:** #HK#IFCRA Initial Fraud Alert: Action may be required under FCRA before opening or modifying an account.
(Note: This statement is set to expire in 02/2008.)

**PROMOTIONAL OPT-OUT:** This file has been opted out of promotional lists supplied by TransUnion.
(Note: This statement is set to expire in 02/2008.)

**OTHER MESSAGES:** INITIAL FRAUD ALERT ON FILE

## Should you wish to contact TransUnion, you may do so,

**At our web site:**
http://transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
1-800-916-8800
You may contact us between the hours of 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday, except major holidays. **Residents of Alaska and Hawaii please note: Hours of operation are 8:30 a.m. to 4:30 p.m. in your local time zone.**

For all correspondence, please have your TransUnion file number available (located at the top of this report).

P.O. Box 6790
Fullerton, CA 92834-9416

**Trans**Union.

OCTOBER 10, 2007                    FILE NUMBER 131805227

00013512
PAMELA NATRICE MORRIS
15028 WOODLAWN AV APT # 2
DOLTON, IL 60419

Thank you for contacting TransUnion. Our goal is to maintain
complete and accurate information on consumer credit reports. We
have provided the information below in response to your request.

Re: Initial Fraud Alert

We have received a request and added to your credit report an
Initial Fraud Alert. The alert will remain on your file for 90
days, as specified by the expiration at the end of the statement,
and will be provided to anyone who receives a copy of your credit
report. The alert will inform all credit grantors to take
precautionary measures to verify the identity of the applicant
before extending any credit. We have also added a promotional
suppression to your credit report, in an attempt to ensure you
are excluded from all promotional activities that result from
TransUnion lists for the next 90 days. Should you wish to re-add
the statement after it has expired, you will need to contact our
office.

If the request came directly from you, or someone acting on your
behalf, we will also forward your request to Equifax and Experian
requesting them to add an Initial Fraud Alert to the credit
report they maintain for you as well.

Under federal law, you are entitled to request a free copy of
your credit report within the next 12 months. To do so, please
call 1-800-680-7289 and select option #4 and follow the voice
prompt instructions, or complete the enclosed form and return it
to TransUnion.

As TransUnion is a credit-reporting agency, your credit report
may be released to credit grantors who are active members of our
bureau. In order for the credit grantor to view the Initial
Fraud Alert on your file, the credit grantor must first access
your credit report.

Should you wish to change the phone number(s) on the alert or
remove the alert from your credit file before the end of the
established time frame, please submit your written request to:
TransUnion, P.O. Box 6790 Fullerton, CA 92834.

Re: Remedying the Effect of Identity Theft

Enclosed you will find a copy of your rights under the Fair
Credit Reporting Act when you are, or believe you are, a victim
of Identity Theft. This summary is designed to help you recover
from the effects of identity theft.

If you have any additional questions or concerns, please contact
TransUnion at the address shown below, or visit us on the web at
www.transunion.com for general information. When contacting our
office, please provide your current file number 131805227.

P.O. BOX 6790
FULLERTON, CA 92834-9416

Disclosure Request          File Number: 131805227  Date: 10/10/2007

To receive a copy of your credit report please complete this form, and attach proof of the required information before returning it to TransUnion Consumer Relations. If you wish, you may also use this form to purchase a credit score and have it sent with your credit report.

Name: _____    Sr., Jr., III, IV, V, Other: _____
                                      (circle one if appropriate)

Other Name(s) Used: _____    SSN: _____

Current Address: _____    Date of Birth: _____

                 _____    Home Phone: _____

Previous Address: _____    Driver's
                                         License #: _____

                  _____

Include Payment (if necessary):
If you would like to receive your TransUnion Consumer Credit Score in addition to the credit report, please provide additional payment.

     TransUnion Credit Score – $ 7.95

        ___ Check here to include credit score with credit report.

CC Type: ( )Amer. Express ( )Visa ( )Master Card ( )Discover

Credit Card Number: _____    Exp. Date _____

Customer Signature: _____

You may also pay by sending a check or money order for the required amount, payable to TransUnion. Once payment is received, we will promptly send you a copy of your credit report (and score if applicable).

Attach Required Proof:
Attach a copy of one or more of the following documents to show proof of address and Social Security number.

     Address & SSN Proof Combined Includes: current driver's license, bank or credit union statement, Medicaid or Medicare card, state ID card.

     Address Proof Only Includes: utility bill, signed lease, cancelled check, signed homeless shelter letter, stamped post office box receipt, prison ID.

00052500   3/7

     SSN Proof Only Includes: Social Security card, letter from the
Social Security Administration, military ID.

_____

For Internal Use Only:

C4654          04