IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 883 |
| | ) | |
| CHASE HOME FINANCE, LLC, a | ) | Judge Wayne R. Andersen |
| Delaware limited liability company, | ) | |
| | ) | Magistrate Judge Valdez |
| Defendant. | ) | |

### *UNOPPOSED* MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Chase Home Finance LLC ("Chase") hereby moves for entry of an order granting it an extension of time, to and including at least August 8, 2008, to respond to Plaintiff's Motion for Partial Summary Judgment in this matter, while the parties participate in a settlement conference, and states as follows in support.

1. Plaintiff asserts claims for breach of contract and violations of the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601 *et seq.* ("RESPA") arising out of a residential mortgage loan agreement. Chase filed its answer and affirmative defenses on March 25, 2008.

2. On May 19, 2008, Plaintiff filed a motion for partial summary judgment which was presented on June 5, 2008. Chase's response to Plaintiff's motion is presently due on July 7, 2008.

3. At the Court's suggestion, the parties plan to participate in a settlement conference with the Court and are working with their respective clients to find a date on which they can both meet with the Court to do so.

　　　　4.　　In the meantime, Chase seeks, *and Plaintiff does not oppose*, an extension of time to respond to the motion for partial summary judgment.

　　Wherefore, Chase Home Finance LLC respectfully requests that this Court grant the present motion and enter an order allowing it an extension of time, to and including at least August 8, 2008, to respond to Plaintiff's motion for partial summary judgment, while the parties participate in a settlement conference with the Court, and for any other relief the Court deems proper under the circumstances.

Date:　July 7, 2008　　　　　　　　　　　　　　　CHASE HOME FINANCE LLC

　　　　　　　　　　　　　　　　　　　　　　　　By:　  /s/ Susan J. Miller  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　One of its attorneys

Robert J. Emanuel  
Susan J. Miller  
Burke, Warren, MacKay & Serritella, P.C.  
330 North Wabash Avenue, 22nd Floor  
Chicago, Illinois 60611-3607  
Telephone:　(312) 840-7000  
Facsimile:　(312) 840-7900  

475031