IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 883 |
| | ) | |
| CHASE HOME FINANCE, LLC, a | ) | Judge Wayne R. Andersen |
| Delaware limited liability company, | ) | |
| | ) | Magistrate Judge Valdez |
| Defendant. | ) | |

NOTICE OF MOTION

To: Lloyd J. Brooks
The Brooks Law Firm
15008 Woodlawn Avenue
Dolton, Illinois 60419
Telephone: (708) 841-8000
Facsimile: (708) 841-8080

PLEASE TAKE NOTICE that at 9:00 a.m. on the 17th day of July, 2008, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Wayne R. Andersen in Room 1403, United States Courthouse, at 219 South Dearborn Street, Chicago, Illinois, or before any other judge that may be sitting in his place and stead, and then and there present Chase Home Finance LLC's Motion for Additional Time to Respond to Plaintiff's Motion for Partial Summary Judgment, a copy of which has been filed electronically and is herewith served upon you.

CHASE HOME FINANCE LLC

By: __/s/ Susan J. Miller__
  One of its attorneys

Robert J. Emanuel
Susan J. Miller
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:    (312) 840-7000
Facsimile:    (312) 840-7900

## CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 7th day of July, 2008, a true and correct copy of the foregoing Notice of Motion and Chase Home Finance LLC's Motion for Additional Time to Respond to Plaintiff's Motion for Partial Summary Judgment, referred to therein, was filed electronically. Notice of this filing will be sent to the following party via the Court's electronic filing system:

    Lloyd J. Brooks
    The Brooks Law Firm
    15008 Woodlawn Avenue
    Dolton, Illinois 60419
    Telephone:   (708) 841-8000
    Facsimile:    (708) 841-8080
    Email:  lloyd.brooks@thebrooksfirm.com

                                                /s/ Susan J. Miller

475037