IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAMELA MORRIS,        )<br>                              )<br>        Plaintiff,         )<br>                              )<br>v.                          )<br>                              )<br>CHASE HOME FINANCE LLC,  )<br>                              )<br>        Defendant.        ) | Case No. 08-CV-00883<br><br>Judge Wayne R. Anderson<br><br>Magistrate Judge Maria Valdez |

**JOINT INITIAL STATUS REPORT**

Now come the parties, Plaintiff PAMELA MORRIS ("Morris"), by and through her attorney Lloyd Brooks, and Defendant CHASE HOME FINANCE LLC ("Chase"), by and through its attorneys, Robert J. Emanuel and Susan J. Miller Overbey, and submit this joint initial status report.

**1.    Summary of Claims**

Plaintiff claims Chase breached a written settlement agreement regarding the reporting of adverse information from the calendar year 2005 to credit bureaus regarding a residential mortgage loan.  The settlement agreement resolved a prior lawsuit between the parties.  Additionally, Plaintiff claims Chase reported adverse information regarding Plaintiff's payments in the calendar year 2007 after receipt of written correspondence from Plaintiff disputing Chase's accounting of her payments. Plaintiff asserts the reporting of the calendar year 2005 adverse information is a breach of contract and the reporting of the calendar year 2007 information is in violation of Chase's duties as a loan servicer pursuant to § 2605(e) of the Real Estate Settlement Procedures Act, ("RESPA").

Chase disputes Plaintiff's breach of contract and RESPA claims and denies that it is subject to any liability in this case.  Further, Chase has raised affirmative defenses based on Plaintiff's failure to state a claim under RESPA, unclean hands, failure to join a necessary party, failure to mitigate damages, and the RESPA "safe-harbor" provision, 12 U.S.C. § 2605(f)(4).

**2.      Relief Sought and Itemization of Damages**

Plaintiff seeks damages to compensate her for losses caused by the credit reporting, including: her loss of a loan commitment of over $270,000, adverse action taken by several of Plaintiff's current creditors, loss of income, and emotional distress. In addition to her actual damages, Plaintiff seeks statutory damages under RESPA of $1,000 and an award of attorney's fees and costs under the settlement agreement and RESPA.

Chase disputes that the Plaintiff is entitled to any relief in connection with the claims she asserts.  In particular, Plaintiff is not entitled to the alleged actual or statutory damages she seeks under RESPA.

**3.      Matter Referred to Magistrate**

On May 19, 2008, this matter was referred to this Court for the purpose of holding proceedings related to discovery supervision.  (Docket No. 19).

**4.      Status of Pending Matters**

Plaintiff's two count complaint alleges: (1) breach of contract, and (2) a violation of RESPA.  Chase has asserted several affirmative defenses, which are the subject of a motion to strike.  Plaintiff's motion to strike has been taken under advisement by the District Court.  Plaintiff has filed a motion for summary judgment seeking a finding of

2

liability against Chase as to both counts of the complaint. The District Court set a briefing schedule, which was recently extended to allow Chase until August 8, 2008 to file a response. (Docket No. 31). Chase intends to file an unopposed motion to stay all pending motions until after the settlement conference set for September 9, 2008 before Judge Anderson.

5.  **Status of Discovery**

The parties have made their initial disclosures, but neither party has issued written discovery or sought oral discovery.

6.  **Consent to Trial Before Magistrate**

The parties have not consented to trial before a magistrate.

7.  **Deadlines**

No deadlines have been set by the District Court with respect to discovery or as to trial.

8.  **Status of Settlement Negotiations**

Prior to the filing of this action, Plaintiff made a demand upon Chase, which was rejected. After the filing of the suit the parties did not continue negotiations. However, the parties have agreed to a settlement conference before District Court Judge Wayne Anderson, which is presently scheduled for September 9, 2008 at 9:30 a.m. Further, on July 31, 2008 Chase requested a new settlement demand from Plaintiff.

Respectfully Submitted,

By: /s/ Lloyd Brooks
_____
ARDC No. 6271994
Lloyd J. Brooks
The Brooks Law Firm
15008 Woodlawn Avenue
Dolton, Illinois 60419
(708) 841-8000 Telephone
(708) 841-8080 Facsimile
E-mail: lloyd.brooks@thebrooksfirm.com
**Attorney for Pamela Morris**

By:      /s/  Susan J. Miller Overbey

Robert J. Emanuel,
remanuel@burkelaw.com
Susan J. Miller Overbey,
soverbey@burkelaw.com
Burke, Warren, MacKay & Serritella, P.C.,
330 N. Wabash Ave., 22nd Floor
Chicago, Illinois  60611
(312) 840-7000 Telephone
(312) 840-7900 Facsimile
**Attorneys for Chase Home Finance LLC**

4

477471.1