IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 883 |
| | ) | |
| CHASE HOME FINANCE, LLC, a | ) | Judge Wayne R. Andersen |
| Delaware limited liability company, | ) | |
| | ) | Magistrate Judge Valdez |
| Defendant. | ) | |

## NOTICE OF FILING

To: Lloyd J. Brooks
The Brooks Law Firm
15008 Woodlawn Avenue
Dolton, Illinois 60419
Telephone:    (708) 841-8000
Facsimile:    (708) 841-8080

PLEASE TAKE NOTICE that on the 31st day of July, 2008, the undersigned caused to be filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the Parties' Joint Initial Status Report, a copy of which is herewith served upon you.

CHASE HOME FINANCE LLC

By:   /s/ Susan J. Miller Overbey
        One of its attorneys

Robert J. Emanuel
Susan J. Miller Overbey
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:    (312) 840-7000
Facsimile:    (312) 840-7900

## CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 31st day of July, 2008, a true and correct copy of the foregoing Notice of Filing and the Parties' Joint Initial Status Report, referred to therein, was filed electronically. Notice of this filing will be sent to the following party via the Court's electronic filing system:

    Lloyd J. Brooks
    The Brooks Law Firm
    15008 Woodlawn Avenue
    Dolton, Illinois 60419
    Telephone:   (708) 841-8000
    Facsimile:   (708) 841-8080
    Email: lloyd.brooks@thebrooksfirm.com


          /s/ Susan J. Miller Overbey

477539.1