IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 883 |
| | ) | |
| CHASE HOME FINANCE, LLC, a | ) | Judge Wayne R. Andersen |
| Delaware limited liability company, | ) | |
| | ) | Magistrate Judge Valdez |
| Defendant. | ) | |

## MOTION TO STAY ALL PENDING MOTIONS

Defendant, Chase Home Finance LLC ("Chase"), hereby moves for entry of an order staying all pending motions, including briefing and hearing on Plaintiff's Motion for Partial Summary Judgment, in this matter while the parties prepare for and participate in a settlement conference before this Court, and states as follows in support.

1. Plaintiff asserts claims for breach of contract and violations of the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601 *et seq.* ("RESPA") arising out of a residential mortgage loan agreement. Chase filed its answer and affirmative defenses on March 25, 2008.

2. On May 19, 2008, Plaintiff filed a motion for partial summary judgment which was presented on June 5, 2008. Chase's response to Plaintiff's motion is presently due on August 8, 2008.

3. At the Court's suggestion, the parties have scheduled a settlement conference before this Court on September 9, 2008 at 9:30am.

4. Counsel for Chase has spoken with counsel for Morris, and he does not intend to object to this motion.

5. In light of the settlement conference, the Chase moves this Court to enter an order staying all pending motions, including briefing and hearing on Plaintiff's Motion for Partial Summary Judgment, while the parties prepare for and participate in the scheduled settlement conference before this Court.

Wherefore, Chase Home Finance LLC respectfully requests that this Court grant the present motion and enter an order staying all pending motions, including briefing and hearing on Plaintiff's Motion for Partial Summary Judgment, while the parties prepare for and participate in the scheduled settlement conference before this Court, and for any other relief the Court deems proper under the circumstances.

Date:  August 4, 2008                                      CHASE HOME FINANCE LLC

                                                           By:   /s/ Susan J. Miller Overbey
                                                                 One of its attorneys

Robert J. Emanuel
Susan J. Miller Overbey
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:   (312) 840-7000
Facsimile:   (312) 840-7900

477509.1